## THE PEOPLE *v.* INGLES ET AL.

APPEAL from the District Court of Aguadilla.

No. 151.—Decided January 15, 1909.

BILL OF EXCEPTIONS—MANIFEST ERRORS.—Where there is no bill of exceptions, and no errors appear in the record, the judgment of the lower court must be affirmed.

The facts are stated in the opinion.

The appellant did not appear.

*Mr. Rossy, fiscal,* for respondent.

MR. JUSTICE WOLF delivered the opinion of the court.

This case comes to us for review without a brief on the part of appellants, without a bill of exceptions, and without any error appearing in the pleadings, proceedings, verdict or sentence. The judgment must be affirmed.

*Affirmed.*

Justices Hernández, Figueras and MacLeary concurred.

Mr. Chief Justice Quiñones did not take part in the decision of this case.